**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):     Joshua Erlich

Sam Porter

Electronic Device(s):     Cell phones and laptops

Purpose and Location Of Use:     Settlement Conference

Case No.:     1:25-cv-02171 (AJT-WEF)

Date(s) Authorized:     March 19, 2026

IT Clearance Waived:     _A_ (Yes)          _____ (No)

APPROVED BY:

Date: _3/17/26_     _By oral order / WEF_
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:     _____     _____
                        IT Staff Member                          Date(s)

**IT clearance must be completed, unless waived, before court appearance.**